UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
DEC 1 2 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

EDGAR VALENTIN GUERRERO-RODRIGUEZ ,
aka Edgar Guerrero-Rodriguez
            Defendant.

CASE NO. 13-cr-03591-BTM

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

18:1546(a) - Fraud and Misuse of Visas, Permits, and Other Entry Documents(1)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/12/13

Jan M. Adler
U.S. Magistrate Judge